UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WILLIAM ANDRIULAITIS              :

VS.                                            :        CIVIL ACTION NO.

MICHAEL SMEGIELSKI                :        FEBRUARY 2, 2016

## C O M P L A I N T

COUNT ONE

1.  This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2.  Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3.  The plaintiff is an adult citizen of the United States who lives in Terryville, a section of the Town of Plymouth, Connecticut.

4.  During all times mentioned in this action, the defendant was an officer in the Police Department of Plymouth, Connecticut.  He is sued only in his individual capacity.

1

5. During all times mentioned in this Complaint, the defendant was acting under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

6. On February 17, 2013, the defendant submitted an application to a Judge of the Connecticut Superior Court in which he sought a warrant to arrest the plaintiff on a charge of Criminal Lockout in violation of Section 53a-214 of the Connecticut General Statutes.

7. In his said application, the defendant intentionally and maliciously concealed from the Judge the fact that he had previously submitted the same application to Ronald Dearstyne, Assistant State's Attorney for Geographical Area 17 at Bristol, Connecticut, the court having jurisdiction of all criminal offenses committed in the Town of Plymouth, and that Assistant State's Attorney Dearstyne had rejected the application specifically advising the defendant that there was no probable cause to charge the plaintiff with such offense.

8. As a result of the defendant's intentional and malicious concealment of the aforesaid facts, a warrant was issued for the plaintiff's arrest on the aforesaid charge of Criminal Lockout and the plaintiff was arrested and prosecuted for the said crime.

9. On August 28, 2015, after a trial, the plaintiff was found not guilty of the charge of Criminal Lockout.

10.  In the manner described above, the defendant violated the plaintiff's right to be free from malicious prosecution, a right secured to him by the Fourth Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory damages, punitive damages, attorney fees and costs.

## COUNT TWO

1.  This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2.  Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3.  The plaintiff is an adult citizen of the United States who lives in Terryville, a section of the Town of Plymouth, Connecticut.

4.  During all times mentioned in this action, the defendant was an officer in the Police Department of Plymouth, Connecticut.  He is sued only in his individual capacity.

5.  During all times mentioned in this Complaint, the defendant was acting

under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

6.  On February 10, 2013, the defendant entered and searched the plaintiff's home at 61 Curtiss Road in Terryville, Connecticut.

7.  The defendant had no warrant authorizing him to enter the premises.

8.  The defendant entered the premises without the plaintiff's consent and over the plaintiff's objection.

9.  No other lawful facts or circumstances existed to justify or excuse the said warrantless entry.

10.  In the manner described above, the defendant violated the plaintiff's right to be free from unreasonable and warrantless searches, a right secured to the plaintiff by the Fourth Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

WHEREFORE the plaintiff claims judgment against the defendant for compensatory damages, punitive damages, attorney fees and costs.

THE PLAINTIFF


BY:_____/s/_____John R. Williams_____
          JOHN R. WILLIAMS (ct00215)
          51 Elm Street
          New Haven, CT 06510
          203.562.9931
          Fax:  203.776.9494
          jrw@johnrwilliams.com
          His Attorney